UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ELIZABETH A. RUSSELL                                                                              PLAINTIFF

V.                                                                    CIVIL ACTION NO. 3:17-CV-303-DPJ-FKB

FCA US LLC                                                                                       DEFENDANT

## **FINAL JUDGMENT**

For the reasons given in the Order granting Defendant's Motion to Dismiss, entered in this case on this date, the Court hereby enters a judgment, pursuant to Rule 58 of the Federal Rules of Civil Procedure.

ACCORDINGLY, IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed.

**SO ORDERED AND ADJUDGED** this the 23rd day of October, 2017.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE